**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**ODILLA MUTAKA MWANI,** *et al.***,**

    **Plaintiffs,**

    **v.**                    **Civil Action No. 99-125 (JMF)**

**AL QAEDA,**

    **Defendant.**

**SECOND**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

On September 25, 2014, this Court issued its first set of findings in this case. See

Findings of Fact and Conclusions of Law [#121]. Those findings dealt with the claims of eight

individuals, who went to trial from January 31, through February 2, 2011. Id.

On October 3, 2014, the Court held a status conference. At that hearing, counsel for

plaintiffs agreed to use the damages awarded to Dipak L. Shah, one of the plaintiffs who went to

trial before this Court, as a bellwether for damage awards to the remaining plaintiffs. Shah's

damages were calculated as follows:

| Plaintiffs | Compensatory Damages | | C. Punitive Damages | Total Award (B + C) |
|---|---|---|---|---|
| | A. Pain & Suffering | B. Pain & Suffering plus Prejudgment Interest (A x 2.2619) | | |
| Shah | $5M | $11,309,500 | $150M | $161,309,500 |

[#121] at 30-31.

Thus, the Court will award the same total amount of damages, $161,309,500, to the following plaintiffs:

| | Plaintiffs |
|---|---|
| 1. | John Kichuma Imbahale |
| 2. | Hudson Ngusale Anyangu |
| 3. | Rosemary Njeri |
| 4. | Stephen Muita Kibiku |
| 5. | Francis Ndungu Njenga |
| 6. | Margaret Musoke Wagabi |
| 7. | Lucy Kimiti |
| 8. | Lucy Wangari Gachagwi |
| 9. | Hannah Nyakanyi Kingara |
| 10. | Bernard Gituto Maiwa |
| 11. | Charles Maina Banga |
| 12. | Philip Muriithi Mwai |
| 13. | Hedwig Yohannine Kibukosya |
| 14. | Fidelis Masyula Ndambuki |
| 15. | Mukul J. Patel |
| 16. | Catherie Nechesa Abuko |
| 17. | Mariam Mohammed Adan |
| 18. | Fredda Auma Afande |
| 19. | Kalwala Aggrey |
| 20. | Millicent Adhiambo |
| 21. | Thomas Shiraku Akama |
| 22. | Margaret C. Akello |
| 23. | Halima M. Ali |
| 24. | Caren Unis Aloo |
| 25. | Jackline Ambia |
| 26. | Racheal Ameso Amollo |
| 27. | Isanya Fuobe Amwayi |
| 28. | Nancy Amwoso Aswani |
| 29. | Hudson Ngusale Anyango |
| 30. | Christine Adhiambo Athieno |
| 31. | Timothy Kamau Thuo |
| 32. | Johnson O. Atieno |
| 33. | Readon Elisha Atingo |
| 34. | Duncan F. Were Barasa |
| 35. | Patrick Wanjala Barasa |
| 36. | Mary Achieng Bondi |
| 37. | Duncan Maina Chege |

| | | |
|---|---|---|
| 38. | | Thomas Z. Keya |
| 39. | | John Githaiga Chege |
| 40. | | Benjamin Kitchwen-Choge |
| 41. | | Anne Nyokabi Gachaara |
| 42. | | Stanely K. Gacuru |
| 43. | | Mary Nyambura Gaita |
| 44. | | James Irungu Gathogo |
| 45. | | Ejidiah Gathoni |
| 46. | | George Githinji Gichuki |
| 47. | | Jane W. Gichuki |
| 48. | | James Kuria Gichiru |
| 49. | | Peter Mwai Gikaara |
| 50. | | Philip Kaniaru Gitahi |
| 51. | | Beth Njambi Gitau |
| 52. | | Joseph Gathere Gitau |
| 53. | | Agnes W. Githinji |
| 54. | | Cosmas N. Githinji |
| 55. | | Luliet Wanjiru Githinji |
| 56. | | Patrick K. Githri |
| 57. | | Stephen Nderi Githuthwa |
| 58. | | Margaret Njoki Iraya |
| 59. | | Petera Agoi Isauwa |
| 60. | | Marangu Koome Julius |
| 61. | | Joseph Kiarie Kabii |
| 62. | | Joyce Ngjeri Kahoro |
| 63. | | Moses Karari Kamipangiu |
| 64. | | Kinywa Kamathi |
| 65. | | Anne Wanjiru Kamau |
| 66. | | Elvis Mburu Kamua |
| 67. | | Evanson Ndungu Kamau |
| 68. | | Jane W. Kamau |
| 69. | | Judy Wanjiku Kamau |
| 70. | | Joyce Jepkemoi Kandie |
| 71. | | Samuel Kibunga Kamau |
| 72. | | James Gichumu Karuiru |
| 73. | | Purity M. Kibuchi |
| 74. | | Margaret Njeri Kibui |
| 75. | | Paul Mbutha Kiiru |
| 76. | | Julius Muturi Kihara |
| 77. | | Geoffrey Guchure Kimani |
| 78. | | Julius Gikonyo Kimani |
| 79. | | Mwende M. Kitenne |

| | |
|---|---|
| 80. | Julius Kalili Kithikii |
| 81. | Joseph M. Njenga |
| 82. | George Nunene Kago |
| 83. | Danish Adhiambo Kiboye |
| 84. | John Mburo Kibunja |
| 85. | James Njoroge Kiarie |
| 86. | Jane Muthoni Kiarie |
| 87. | Samuel Ndirangu Kihanga |
| 88. | Patrick K. Kilaya |
| 89. | Simon Wachira Kimata |
| 90. | Susan Wairimu Kimemia |
| 91. | Mary Kimgore |
| 92. | Christine W. Kingori |
| 93. | Joyce Wantiku Kirigo |
| 94. | Joseph Kikonyo Kiruthi |
| 95. | Daudi Wambua Kisivo |
| 96. | Jan Koli Kisule |
| 97. | Stephene Wahome Kingua |
| 98. | Julius Karunda |
| 99. | Josphat Matundu Kivau |
| 100. | Sarah Atieno Gershom Kiwanuka |
| 101. | Stephen Kairu Maina |
| 102. | Anderson Wagichia Komu |
| 103. | James Muthike Komu |
| 104. | Richard K. Koskei |
| 105. | Njoroge Kungu |
| 106. | Jeniffer Igwili Lugaye |
| 107. | Sarah Njoki Maima |
| 108. | Peter Maina |
| 109. | Lucy Njeri Maingi |
| 110. | Julia K. Majan |
| 111. | Lucy Mary Mambo |
| 112. | Dennis Anthony Mankin |
| 113. | Stephen Salano Makani |
| 114. | Boniface Nzeki Makau |
| 115. | John Wambua Malili |
| 116. | Roby Mauka |
| 117. | Edward Mbaru Mbogori |
| 118. | Mary Wamweru Mburu |
| 119. | Susan Mbuli Mdambuli |
| 120. | Michael Githimbo Miringu |
| 121. | Justus Kimathi Mitili |

| | |
|---|---|
| 122. | Zalwango E. Kawagga |
| 123. | Thomas Ombonyo S. Mongare |
| 124. | Joyce Mumbi Muasyakituku |
| 125. | Gerald Stephen Mwangi Mucanga |
| 126. | Laban Kanyi Muchanya |
| 127. | Jackson Munala |
| 128. | Dr. George Munene Mugambi |
| 129. | Lucy Wanjiru Maguma |
| 130. | Winnie Njoki Mugoh |
| 131. | William Musyoki Muia |
| 132. | Francis Gitay Muiruzi |
| 133. | Jennifer M. Mulili |
| 134. | Beatrice W. Mungara |
| 135. | Adrian Muriithi Munyeriah |
| 136. | Grace Wairim Muraya |
| 137. | Anne Mureithi |
| 138. | Alex Muriithi |
| 139. | Charles Kamweti Muriithi |
| 140. | Douglas Kairu Muriithi |
| 141. | Marion Wairumu Muriithi |
| 142. | Bernard Kisaingu Musyoka |
| 143. | Christina Murumet |
| 144. | John Kiberas Murumet |
| 145. | Boniface Muthee |
| 146. | Elijah M. Mutie |
| 147. | Francis Ngei Mutua |
| 148. | Victoria Mutuku |
| 149. | Fedlan Mdamu Mwaburi |
| 150. | Honoria Mlagho Mwadime |
| 151. | Jacinta Wambugha Mwagogo |
| 152. | Irene Mwamburi |
| 153. | David N. Mwangi |
| 154. | David Kuria Mwangi |
| 155. | David Thuo Mwangi |
| 156. | Duncan Githuna Mwangi |
| 157. | Josphat Kambi Mwangi |
| 158. | Lillian Nyambura Mwangi |
| 159. | Moffatkaguamba Mwaingi |
| 160. | Mohamed Kanja Wangi |
| 161. | Perminus M.Mwangi |
| 162. | Stephen Kimari Mwangi |
| 163. | Rosemary A. Mwango |

| | |
|---|---|
| 164. | Sheila Mwende |
| 165. | Ezekeil Kiunga Mwiricha |
| 166. | Elijah Myaboro |
| 167. | Muniu Gichunro Natera |
| 168. | Isaac Kabengi Ndambiri |
| 169. | Ann Wanjugu Ndegwa |
| 170. | Mary Muthoni Nderitu |
| 171. | Peter Miringu Nganpu |
| 172. | Francis G. Ngathia |
| 173. | Ernest Muchene Ng'ang'a |
| 174. | Thomas Ng'ewo |
| 175. | Anne Faith M. Ngeche |
| 176. | Paulo J. W. Ngiri |
| 177. | Joseph Njogu Ngugi |
| 178. | Charles Githaiga Nguku |
| 179. | Julius M. M. Nguku |
| 180. | Giaraph G. Ngumba |
| 181. | Joseph Njoroge Ngunjiri |
| 182. | Michael Ngusi |
| 183. | Winfre A. Njeri |
| 184. | Lois Wambui Njiriri |
| 185. | Goerge S.N. Njoroge |
| 186. | Judy Njoki |
| 187. | James Kariuki Njombou |
| 188. | Elizabth Wairimu Njuguna |
| 189. | Henry Thomas Njuguna |
| 190. | Juliet W. Njuguna |
| 191. | Sylvia Njeri Njuguna |
| 192. | Susan Muthoni Njuguma |
| 193. | Cosmas Kangori Nkonge |
| 194. | Filista Awino Ochieng |
| 195. | Frida Namenge Odaya |
| 196. | Victor Ambrose Oduma |
| 197. | Francis H. Oduour |
| 198. | Julie S. Ogoye |
| 199. | Jacob Opiyo Ogwang |
| 200. | Johnson Ouma Oilil |
| 201. | John Okango Okango |
| 202. | Beatrice Adhiampo Okech |
| 203. | Ratemo Okomo |
| 204. | Theresa Nafula Ombasa |
| 205. | Beatrice Atieno Omiti |

| | |
|---|---|
| 206. | Alex Okoth Ondewe |
| 207. | Helen Achieng Ongola |
| 208. | Lawrence Okuto Osemo |
| 209. | Dr. Delano Akwiri Odingo Othienpo |
| 210. | Benjamin O. Oyugi |
| 211. | Simeon Otieno Oyugi |
| 212. | Ben Olouch Pepe |
| 213. | Catherine Nzisa Peter |
| 214. | Claris Juma Oyola |
| 215. | Catherine Kinya Rimberia |
| 216. | Ambrose K. Ruto |
| 217. | Moses Kariuki Ruita |
| 218. | Stephen Karanja Stanley |
| 219. | Harakhchand P. Sumaria |
| 220. | Gabriel Ngure Thamaine |
| 221. | Silas Wachira |
| 222. | John Ndirangu Wahome |
| 223. | Irene Njoki Wainaina |
| 224. | David Waithangi |
| 225. | Lucy Wairumu |
| 226. | George Njogu Wakibi |
| 227. | John Kimathi Wambar |
| 228. | Marion Wambu |
| 229. | Lucia Kaswii Wambua |
| 230. | John Ibrahim Wamenjuu |
| 231. | Ruth Wangombe |
| 232. | Anastacia Grace Wanjiku |
| 233. | Beatrice Wanjiru |
| 234. | Rose Wanjiru |
| 235. | Elizabeth Muthoni Wanjoike |
| 236. | Joseph Wanyeki |
| 237. | Ehpraim W. Wanyoike |
| 238. | Peter Mburu Waruhiu |
| 239. | Gastone Kiziihi Yongo |
| 240. | Lwitiko Henry Yoram |
| 241. | Agatha Ann Njoki |
| 242. | Agnes Muthoni Kambo |
| 243. | Alfred E. Omole |
| 244. | Alfred Kavogoyi |
| 245. | Alice N. Macharia |
| 246. | Alice W. Makau |
| 247. | Alice Wanjiku Mbugua |

| | |
|---|---|
| 248. | Ambrose Mbanga Maina |
| 249. | Ambrose Okello Ogutu |
| 250. | Andrew Papai |
| 251. | Anne N. Karinga |
| 252. | Anne Wambui Kinyanjui |
| 253. | Augustine Masiga Musicha |
| 254. | Azaria Awino Ogonda |
| 255. | Beatrice Wamaitha |
| 256. | Benjamin M. Wanyonyi |
| 257. | Betty Ngososei |
| 258. | Boaz Shivachi Shadiva |
| 259. | Boniface K. Ndima |
| 260. | Caroline A. Ombewa |
| 261. | Charity Wangari Gaitho |
| 262. | Charles Ogwori |
| 263. | Charles Waro |
| 264. | Christine Nduku Koli |
| 265. | Christine Tunaini Masha |
| 266. | Cyrus Wachira Wahome |
| 267. | Dan Asiema Mole |
| 268. | Daupin O. Kisaka |
| 269. | David K. Muturi |
| 270. | Dr. Phanuel B. O. Odhiambo |
| 271. | Duncan N. Nelson |
| 272. | Elijah M. Kivuli |
| 273. | Elisaphan N. Wamenju |
| 274. | Elphas A. Wangoka |
| 275. | Ephantus N. Mburu |
| 276. | Eunice Chepkemoi |
| 277. | Francis M. Mugo |
| 278. | Francis Mburu Ndungu |
| 279. | Frida K. Odera |
| 280. | Frida Karimi Muthuri |
| 281. | Gabriel A. Ndugu |
| 282. | Gathigi Njoroge |
| 283. | Geoff Orao-Obura |
| 284. | George Mike Miniu |
| 285. | George Ngesa |
| 286. | George Owino Omollo |
| 287. | Grace Ndinda Luti |
| 288. | Tom Irondi Matundura |
| 289. | Haron G. Muriuki |

| | |
|---|---|
| 290. | Harrison M. Eyinda |
| 291. | Helen P. Ooko |
| 292. | Hudson Agade |
| 293. | Ireri N. Ireri |
| 294. | Jacinta Nabwire Buluma |
| 295. | Jacinta W. Ngure |
| 296. | Jackson K. Kimundu |
| 297. | Jackson Mwai Kariuki |
| 298. | Jacob Odhiambo |
| 299. | James Wasiyo Musamali |
| 300. | Jane A. Okwama |
| 301. | Jane Kamugeka Kamau |
| 302. | Jane Wambui Mookoosio |
| 303. | Janes O. Oluoch |
| 304. | Jennifer Njeri Mwangi |
| 305. | Joan Nekesha Baraza |
| 306. | Joe Kiroga |
| 307. | John U. Nzioki |
| 308. | Johnson Maina Mwangi |
| 309. | Joseph K. Kabii |
| 310. | Joseph Karuri |
| 311. | Joseph Obuya Okoth |
| 312. | Joseph Swaan Oyungu |
| 313. | Joseph Waruiru Kariuki |
| 314. | Josephine Atieno |
| 315. | Joshua Lucas Omolo |
| 316. | Joshua Oluoch Obulo |
| 317. | Josphat Gikonyo Ruiru |
| 318. | Josphat Githua |
| 319. | Josephine Kathona |
| 320. | Judith Shimuli Mbeta |
| 321. | Julius M. Kabaiku |
| 322. | Julius Muema Kisilu |
| 323. | Julius Thuku Mwangi |
| 324. | Kennedy Njeru Kiringa |
| 325. | Kennedy S. Musa |
| 326. | Lazarus Kipkemboi |
| 327. | Leonard C. Njunguna |
| 328. | Lillian Jepkoech Kibet |
| 329. | Livingstone Mugo Kinothe |
| 330. | Loise N. Njiriri |
| 331. | Loise W. Kimani |

| | |
|---|---|
| 332. | Margaret N. Mwangi |
| 333. | Mary Loko Muthike |
| 334. | Mary W. Waiyaki |
| 335. | Mary Wamuyu Kabiriri |
| 336. | Mary Wanjiku Kinuthia |
| 337. | Meresa Atieno |
| 338. | Meshack Lumbembe |
| 339. | Michael K. Kaharu |
| 340. | Mike O. Guoro |
| 341. | Milka Wangui Kariuki |
| 342. | Monicah A. Lanho |
| 343. | Moses K. Njugi |
| 344. | Muange Musembi |
| 345. | Mustaq E. Kapacezee |
| 346. | Nancy Materu |
| 347. | Nicholas Musau Matat |
| 348. | Nicodemus Nyaboga |
| 349. | Obadiah M. Ndegwa |
| 350. | Oloo Ben. Omolo |
| 351. | Pamela Achieng Odhek |
| 352. | Paul Kaluku Lima |
| 353. | Penima M. Ogutu |
| 354. | Peter Gachago Kahuthu |
| 355. | Peter K. Kamau |
| 356. | Peter Maina Ngure |
| 357. | Peter N. Mwanzia |
| 358. | Philip Njoroge Mwaura |
| 359. | Phoebe Atieno Nyadera |
| 360. | Rashad Harun Ally |
| 361. | Richard Maina |
| 362. | Robert O. Achieng |
| 363. | Robin N. Njeri |
| 364. | Rose Njoki Gitau |
| 365. | Rosalyne Atieno |
| 366. | Rosemary Mwavizo |
| 367. | Rufus K. Chiera |
| 368. | Salim N. Sewe |
| 369. | Salim Yacob |
| 370. | Samuel G. Munene |
| 371. | Samuel Murage Muriuki |
| 372. | Samuel Shikuku Kabala |
| 373. | Simon M. Mwami |

| | |
|---|---|
| 374. | Stanley Ngigi Gitau |

The Court cannot, as plaintiffs now concede (see Notice of Filing [#125] at 2), make any award of damages to the following individuals, who filed claims for wrongful death:

| | Plaintiffs |
|---|---|
| 1. | Odillia Mutaka Mwani |
| 2. | Hassan Hukay Guracha |
| 3. | Mustafa Aban Hashi |
| 4. | Catherine Mukethi Ibere |
| 5. | Doreen Alouch Jow |
| 6. | Agnes Milcah Mueni Migwi |
| 7. | Rosalyn Wanjiku Mwangi |
| 8. | Abel Mutegi |
| 9. | Simon Mwangi Njima |
| 10. | Frederick Ezra Ocheng |
| 11. | David Otieno |
| 12. | Agatha Ann Njoki |
| 13. | Alice M. Kamau |
| 14. | Elizabeth Wanjku Nganga |
| 15. | Felistas Njeri Thuo |
| 16. | Jennifer Atieno Onyango |
| 17. | Sharon Wanechi |

Similarly, the Court cannot make any award of damages to the following entities, since only natural persons can experience pain and suffering as a result of a common law battery or assault:

| | Plaintiffs |
|---|---|
| 1. | Gatome & Associates |
| 2. | Eros Chemist Ltd. |
| 3. | Dipak L. Shah and Sunil Shah t/a Cloud Nine |
| 4. | Musa Kivuvani (T/A Watamu Industries Kenya) |
| 5. | Miriam Nekja Mobombe t/a Kenrick Saloon & Fashion Designs |
| 6. | Manjo Printers & Stationers |
| 7. | Uganda Railways |
| 8. | Vasanjo Gokaldas & Sons |

| | |
|---|---|
| 9. | Wakima Enterprises |
| 10. | Stimal Office Supplies |
| 11. | Wawa Bureau Services |
| 12. | Livingstone G. Muigai (T/A Thimbigua Provision Store) |
| 13. | Monks Medicare Africa Ltd. |
| 14. | Jane W. Mugure (T/A Lypatoons Investments) |
| 15. | Muyoti & Associates Ltd. |
| 16. | James G. Mwangi (T/A New Kiiri-Ini Night Club) |
| 17. | Propensity Properties |
| 18. | Romeo Security Services |
| 19. | Madrine Wangiri Rugano (T/A Coffee Systems Consult) |
| 20. | Afya Chemical & Pharmaceuticals |
| 21. | Agdeco Savings And Credit |
| 22. | Amee Exim Ltd |
| 23. | Brazen Computer Agencies |
| 24. | East Graphic Agencies |
| 25. | Egerton University |
| 26. | Dona Snacks |
| 27. | Bekago Auctioneers |
| 28. | Eva's Cafe |
| 29. | Gilfreight Cargo |
| 30. | Kenda Fish & Chips |
| 31. | Kagen Consult |
| 32. | Lagoma Laboratory |
| 33. | Margitons Ltd. |
| 34. | Moi University |
| 35. | Molian Agencies |
| 36. | Music World |
| 37. | Nafos Merchants Ltd |
| 38. | Oburao & Co. |
| 39. | Princes Hotel |
| 40. | Rispat Office Supplies |
| 41. | Grasy Photo Designers |
| 42. | Muita & Company Ltd. |
| 43. | Caleb Bondi Atieno |
| 44. | James Njoroge Chege |
| 45. | Owino Kojwandoo |

Finally, the Court cannot make any award of damages to Wycliff Okoth since he, as a

minor,[1] lacks the capacity to sue. <u>See</u> Fed. R. Civ. P. 17(c) ("An infant or incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.").

For the foregoing reasons, final judgment against Al Qaeda will be entered for the above 374 plaintiffs by way of a separate Judgment Order in the amount of $161,309,500 per person.

_____
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

---

[1] <u>See</u> <u>First Amended Complaint</u> [#13] at 119.